UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | **James Scott Dehart** | : | Case No. 17-18549-ref |
|---|---|---|---|
| | | : | |
| | **DEBTOR** | : | **Chapter 13** |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

James Scott Dehart has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on Thursday October 25th, 2018 (10/25/18), at 9:30 am, in Courtroom 1, United States Bankruptcy Court, Madison Building, 400 Washington Street Reading, PA 19601. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to the claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Respectfully submitted,

September 12, 2018

/s/ Daniel J. Mazaheri
Daniel J. Mazaheri, Esquire
PA Bar# 85561
P.O. Box 275
Lampeter, PA 17537
717 951-2322
tvlawyer@gmail.com